## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

TRUSTEES OF THE SUBURBAN TEAMSTERS )
OF NORTHERN ILLINOIS WELFARE AND )
PENSION FUNDS, )
                                                      )
        Plaintiffs, )
                                                      )    No. 2017 C 1763
v. )
                                                      )    Judge Dow
                                                      )
STS EXPRESS, LLC )     Magistrate Judge Rowland
an Illinois limited liability corporation, )
                                                      )
        Defendant. )

## MOTION FOR JUDGMENT IN SUM CERTAIN

NOW COME the Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, and pursuant to FRCP 55 move for judgment in sum certain as stated in this Complaint and the supporting Affidavits attached hereto. In support of its Motion, Plaintiffs state as follows:

    1.    Suit was filed on March 6, 2017 for collection of delinquent contributions plus attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

    2.    Service was made upon STS EXPRESS, LLC, an Illinois limited liability corporation on March 20, 2017 and a copy of the proof of service was filed with the court on March 21, 2017.

    3.    Defendant is now in default as to Count I of the Complaint and as supported by the attached Affidavits the sums due are:

                $2,426.95    Pension
                $1,250.00    Attorneys fees
                  $465.00    Court costs
                $4,141.95

WHEREFORE, Plaintiffs pray for:

1. Entry of judgment against Defendant, STS EXPRESS, LLC, an Illinois limited liability corporation, and in favor of Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION AND WELFARE FUNDS in the amount of $4,141.95.

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS PENSION AND
WELFARE FUNDS

s/John J. Toomey
ARNOLD AND KADJAN, LLP
35 E. Wacker Drive, Suite 600
Chicago, IL 60601
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: April 18, 2017