IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 2017 C 1763 |
| v. | ) ) | Judge Dow |
| STS EXPRESS, LLC an Illinois limited liability corporation, | ) ) ) ) | Magistrate Judge Rowland |
| Defendant. | ) | |

## MOTION FOR JUDGMENT IN SUM CERTAIN

NOW COME the Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, and pursuant to FRCP 55 move for judgment in sum certain as stated in this Motion and the supporting Affidavits attached hereto. In support of its Motion, Plaintiffs state as follows:

1. On May 3, 2017, this Court entered judgment in the amount of $4,141.95 on Count I of Plaintiffs' Complaint.

2. On May 3, 2017 this Court entered an Order of Default and Production of Records and ordered Defendant to produce the requested records within 21 days, which was done.

3. An audit of Employer's books and records was performed on June 13, 2017, covering the period October, 2016 through April, 2017 and found to be owing:

    Pension     $3,165.79
    Welfare     $2,546.70

3. That Employer was provided a copy of the audit and given notice of findings on June 15, 2017 and has made no effort to pay or settle.

.

4. That the remaining balance due on the audit including liquidated damages and interest totals $5,712.49.

5. Defendant is now in default as to Count II of the Complaint and as supported by the attached Affidavits the sums due are:

$3,165.79   Pension
$2,546.70   Welfare
$4,141.95   Prior Judgment as to Count I of the Complaint
<u>$650.00</u>    Attorneys fees on Count II of the Complaint
$10,504.44

WHEREFORE, Plaintiffs pray for:

1. Entry of final judgment against Defendant, STS EXPRESS, LLC, an Illinois limited liability corporation, and in favor of Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION AND WELFARE FUNDS in the amount of $10,504.44.

> TRUSTEES OF THE SUBURBAN TEAMSTERS
> OF NORTHERN ILLINOIS PENSION AND
> WELFARE FUNDS
>
> s/John J. Toomey
> ARNOLD AND KADJAN, LLP
> 35 E. Wacker Drive, Suite 600
> Chicago, IL 60601
> Telephone No.: (312) 236-0415
> Facsimile No.: (312) 341-0438
> Dated: July 18, 2017